ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

PATTY CHAN (#027115)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2633
FAX: (602) 514-7270

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LONNY J REYNOLDS and<br>MARY REYNOLDS,<br><br>Debtors. | In Proceedings under Chapter 7<br><br>Case No. 4:12-bk-25182-SHG<br><br>**UNITED STATES TRUSTEE'S LIMITED OBJECTION TO RESURGENT CAPITAL SERVICES LP'S APPLICATION FOR RELEASE OF UNCLAIMED FUNDS** |

The United States Trustee for the District of Arizona (the "UST"), in furtherance of her administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a), hereby files her "Limited Objection" to Resurgent Capital Services LP's ("Resurgent ") "Application for Release of Unclaimed Funds (the "Application")" in the above captioned debtors' (the "Debtors") case. See Docket Entry #48.

The UST is currently requesting for additional information from Resurgent through counsel to confirm that it is entitled to the requested unclaimed funds and respectfully requests that the Court not grant Resurgent's Application until the UST's inquiry has been satisfied. According to the Application, Resurgent is the servicer for PYOD LLC ("PYOD"), an affiliate of Sherman Acquisition, L.L.C. ("Sherman "). See Id. According to the Application, Citibank, N.A. ("Citibank") allegedly sold account ending -4173 to Sherman that was later transferred to PYOD. This account ending -4173 is correlated to the unclaimed check of $5,792.46 in Debtors' case currently being held by this Court. As proof of that transfer, Resurgent as servicer for PYOD has offered an **Exhibit A - Bill of Sale and Assignment** ("Sale Agreement"). See Docket Entry #49. In the Sale Agreement, an "Exhibit 1" is referenced that describes the exact accounts conveyed by Citibank to Sherman. It is expected that Exhibit 1 would have

a listing of account information, including the account ending -4173 involved in Debtors' case. However, Exhibit 1 was not provided in the documentation filed with the Court, and the UST has informally requested Resurgent, through counsel, to provide a copy. Title 28 U.S.C. § 2042 provides that any claimant entitled to such money [deposited in court under section 2041] must provide **full proof of right thereto** in order to obtain an order directing payment to him/her.[1] At this time, the UST has requested such proof.

WHEREFORE, the UST requests that this Court not grant the Application until after the UST's inquiry has been satisfied.

RESPECTFULLY SUBMITTED this 22nd day of May, 2015.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ PC (#027115)
PATTY CHAN
Trial Attorney

---

[1] Title 28 U.S.C. § 2042 – *Withdrawal* provides:

No money deposited under section 2041 of this title shall be withdrawn except by order of court.

In every case in which the right to withdraw money deposited in court under section 2041 has been adjudicated or is not in dispute and such money has remained so deposited for at least five years unclaimed by the person entitled thereto, such court shall cause such money to be deposited in the Treasury in the name and to the credit of the United States. Any claimant entitled to any such money may, on petition to the court and upon notice to the United States attorney and **full proof of the right thereto**, obtain an order directing payment to him.

See 28 U.S.C.A. § 2042 (West 2015) (emphasis added).

Title 28 U.S.C. § 2041 – *Deposit of moneys pending or adjudicated cases* provides:

All moneys paid into any court of the United States, or received by the officers thereof, in any case pending or adjudicated in such court, shall be forthwith deposited with the Treasurer of the United States or a designated depositary, in the name and to the credit of such court.

This section shall not prevent the delivery of any such money to the rightful owners upon security, according to agreement of parties, under the direction of the court.

See 28 U.S.C.A. § 2041 (West 2015).

- 2 -

Copies of the foregoing emailed
May 22, 2015, to:

DAVID B GRIFFITH
LAW OFFICE OF DAVID GRIFFITH
616 S. 8th Ave
SAFFORD, AZ 85546
Email: davidlawaz@yahoo.com
Debtors' Attorney

GAYLE ESKAY MILLS
P.O. BOX 36317
TUCSON, AZ 85740
Email: gaylemills@earthlink.net
Chapter 7 Trustee

BRIAN J. DILKS
c/o DILKS & KNOPIK, LLC
Resurgent Capital Services LP
35308 SE Center Street
Snoqualmie, WA 98065-9216
Email: admin@dilksknopik.com
Attorney for Resurgent Capital Services LP

Copies of the foregoing mailed on
May 26, 2015, to:

DAVID B GRIFFITH
LAW OFFICE OF DAVID GRIFFITH
616 S. 8th Ave
SAFFORD, AZ 85546
Debtors' Attorney

GAYLE ESKAY MILLS
P.O. BOX 36317
TUCSON, AZ 85740
Chapter 7 Trustee

BRIAN J. DILKS
c/o DILKS & KNOPIK, LLC
Resurgent Capital Services LP
35308 SE Center Street
Snoqualmie, WA 98065-9216
Attorney for Resurgent Capital Services LP