ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

PATTY CHAN (#027115)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2633
FAX: (602) 514-7270

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LONNY J. REYNOLDS and<br>MARY REYNOLDS,<br><br>Debtors. | In Proceedings under Chapter 7<br><br>Case No. 4:12-bk-25182-SHG<br><br>**CERTIFICATE OF SERVICE OF SUBPOENA TO PYOD, LLC** |

I, Lori Dickman, a Paralegal Specialist in the Office of the United States Trustee, declare that I caused to be placed on June 18, 2015 the following item:

SUBPOENA TO PYOD, LLC

Via certified mail, postage prepaid, upon the following:

PYOD, LLC
c/o The Corporation Trust Co., Statutory Agent
1209 Orange St.
Wilmington, DE 19801

Via e-mail, on June 23, 2015, provided to:

GAYLE ESKAY MILLS
P.O. BOX 36317
TUCSON, AZ 85740
Chapter 7 Trustee

RESPECTFULLY SUBMITTED this 23rd day of June, 2015.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ Lori A. Dickman

LORI A. DICKMAN
Paralegal Specialist

Case 4:12-bk-25182-SHG    Doc 61    Filed 06/23/15    Entered 06/23/15 11:17:19    Desc
Main Document    Page 2 of 2