# DILKS & KNOPIK, LLC

"When Success Matters"

October 27, 2015

United State Bankruptcy Court
District of Arizona
Attn: Financial Administrator
230 N. First Ave.,Suite 101
Phoenix, AZ 85003

FILED

NOV 0 2 2015

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

Re: Application for the Release of Unclaimed Funds:
    Case No: 12-25182 EWH
    Amount: $5,792.46
    Debtor: Lonny J. & Mary Reynolds
    Creditor: Citibank NA

To whom it may concern:

I am writing to inquire about the status of an application that was filed with the court on 05/19/2015. The application was filed by Dilks & Knopik, LLC, on behalf of Resurgent Capital Services LP, for the recovery of unclaimed funds held in the amount of $5,792.46.

We have not received payment or any other correspondence from the court regarding this application. I am hoping you can provide the status of this application.

Thank you for taking to the time to review this inquiry. You may indicate the status of this application via e-mail at andrew.drake@dilksknopik.com or by phone at (877) 836-5728 x 123. If you need additional information or have specific questions regarding this application, please contact Andrew Drake soon as possible. Thanks again for your time.

Sincerely,

Pam Dilks
Account Manager

35308 SE center Street
Snoqualmie, WA 98065

Phone (425) 836-5728
Fax    (877) 209-8249
Email  admin@dilksknopik.com

www.dilksknopik.com