FILED
DEC 11 2015
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LONNY J REYNOLDS and<br>MARY REYNOLDS,<br><br>Debtors. | Chapter 7<br><br>Case No.: 4:12-bk-25182-SHG<br><br>SUPPLEMENTAL DECLARATION IN SUPPORT OF PYOD, LLC'S APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS (DK #48) |

### DECLARATION OF AMBER KNIGHT

I, Amber Knight, declare:

1. I am Claim Objections Supervisor for Resurgent Capital Services, L.P. ("Servicer"), which is an authorized servicer for creditor PYOD, LLC. ("PYOD"). I am over the age of 18 and am competent to testify to the facts declared below, and could testify truthfully to them if required.

2. Servicer has a power of attorney to service and manage PYOD's accounts.

3. In preparing this Declaration, I have relied on my personal knowledge of, and experience in, the business operations of Servicer as well as a review of the account records maintained by Servicer, which include the accounts Servicer manages on behalf of PYOD. As part of my job duties, I have the ability to access and review account records for individual

debtors. These account records are made by persons with knowledge of the matters they record, or from information supplied by persons with such knowledge, and are made at or near the time of the event recorded. It is Servicer's practice to maintain such files and documents in the regular course of its business.

4. On May 20, 2015, PYOD filed an Application for Payment of Unclaimed Funds ("Application") in the above-referenced proceeding for a debt related to an account ending in 4173 (the "Account"). The Account stems from a credit card account originating with Citibank N.A. ("Citibank").

5. As set forth in the Bill of Sale and Assignment dated December 21, 2012 ("Bill of Sale") attached as Exhibit A to the Application, Citibank sold a portfolio of accounts to Sherman Acquisition, LLC ("Sherman"). The Account was included in the portfolio of accounts acquired by Sherman Acquisition, LLC, and the Account is part of the electronic file referenced in the Bill of Sale. The Bill of Sale refers to "Exhibit 1 and the final electronic file." "Exhibit 1" and "the final electronic file" are one and the same – both refer to an electronic file containing data pertaining to the accounts sold to Sherman. This data was received only in electronic format and not in any other format, such as a written document. As set forth in the Transfer and Assignment attached as Exhibit B to the Application, PYOD acquired the entire portfolio of accounts sold to Sherman in the Bill of Sale to PYOD on December 21, 2012, and PYOD received the electronic file received by Sherman as part of the Bill of Sale. The Account was part of the accounts acquired by PYOD. Accordingly, PYOD is the current owner of the Account.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on 11/20/2015, in Greenville, South Carolina.

_____
Amber Knight

# DILKS & KNOPIK, LLC

"When Success Matters"

December 9, 2015

<u>Via Priority Mail</u>     TR: 9481 7118 9956 3994 7813 17

U.S. Bankruptcy Court – Arizona
ATTN: Unclaimed Funds / Finance Admin.
230 N. First Ave., Suite 101
Phoenix, AZ 85003-1727

    Re: Case # 12-25182 / Lonny & Mary Reynolds – Declaration of Amber Knight

Dear Friends,

Enclosed please find the declaration of Amber Knight, a supplement to our Application for Payment of Unclaimed Funds, appearing at Docket # 48 for Case # 12-25182.

Because we are prevented from adding a "supplemental" filing through PACER with our limited license, we respectfully request your assistance in adding this to the case docket.

Please contact me if you have any questions.

Thank you for your assistance.

Sincerely,

Dilks & Knopik, LLC

*[signature]*

Brian J. Dilks

Enclosure (two page declaration of Amber Knight)

*[Stamp: FILED / RECEIVED DEC 11 2015 / UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA]*

35308 SE Center Street
Snoqualmie, WA 98065

Phone 425-836-5728
Fax   877-209-8249
Email admin@dilksknopik.com

www.dilksknopik.com